UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.:  17CR1585-JLS |
| Plaintiff, | **ORDER CONTINUING SENTENCING HEARING** |
| v. | |
| JORGE IVAN COBENA-LAJE (1), JOSE MANUEL MURILLO-PIVAQUE (2), | |
| Defendant. | |

No party has filed a sentencing summary chart as required by Local Criminal Rule 32.1(a)(8).  Accordingly, the Court hereby **VACATES** the Sentencing Hearing currently set for **May 13, 2022**; the hearing is **CONTINUED** to **Friday, June 10, 2022** at **9:00 a.m.**

IT IS SO ORDERED.

Dated:  May 9, 2022

Hon. Janis L. Sammartino
United States District Judge

17CR